IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DANNY RAY ROMINE                                                    PLAINTIFF

v.                              4:08CV01884 JMM

HOME DEPOT USA, INC, et al                                          DEFENDANTS

**ORDER**

The parties in this action have reached a settlement following a conference before United States Magistrate Judge, H. David Young. Pursuant to a confidentiality agreement that will be entered into by the parties, and which has been made part of the settlement, the tape recording setting forth the terms of the settlement will remain under seal.

IT IS SO ORDERED this 20th day of March 2009.

_____
UNITED STATES MAGISTRATE JUDGE