*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DANNY RAY ROMINE            PLAINTIFF

vs.        CASE NO. 4:08cv01884 JMM

HOME DEPOT USA, INC., et al           DEFENDANTS

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge H. David Young, the Court finds that this case should be dismissed. The jury trial scheduled July 20, 2009, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties. All pending motions are moot.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 26th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE